# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HERBERT LEE CAMPBELL,<br><br>Petitioner,<br><br>vs.<br><br>SCOTT R. FRAKES, and TODD WASMER,<br><br>Respondents. | 8:19CV515<br><br>**ORDER** |

Pending before is a Motion for Leave to Appeal in Forma Pauperis (Filing no. 10) and a Motion for Certificate of Appealability (Filing no. 12).

I deny the Motion for Leave to Appeal in Forma Pauperis and herewith certify that the appeal is frivolous and not taken in good faith. The reasons for this conclusion are set forth in my opinion denying relief. (See Filing no. 7.)

As for the Motion for Certificate of Appealability, it is also denied for the reasons discussed in my opinion.

IT IS THEREFORE ORDERED that:

(1) The Motion for Leave to Appeal in Forma Pauperis (Filing no. 10) and the Motion for Certificate of Appealability (Filing no. 12) are denied.

(2) The Clerk of Court shall process this appeal in accordance with its normal operating procedures.

Dated this 18th day of December, 2019.

BY THE COURT:

*Richard G. Kopf*

Senior United States District Judge